UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:11-CR-46(01) RM |
| | ) | |
| DAVID M. NOWAK | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 13, 2012 [Doc. No. 65]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant David M. Nowak's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2252(a)(4)(B).

SO ORDERED.

ENTERED: April 17, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court